UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Civil Action No.
CA 08 4333 ML

ROCKLAND TRUST COMPANY )
)
Plaintiff, )
)
v. )
)
F/V ISABELLA ROSE (O.N. 519505), her )
masts, boilers, engines, tackle, apparel, etc.; )
*in rem*, )
)
and ISABELLA ROSE, INC., Paul J. Westcott, )
and Emilia H. Westcott, *in personam*, )
)
Defendants. )

## ORDER TO CONFIRM INTERLOCUTORY SALE

It appearing to the Court that the Defendant Vessel was arrested under process issued from this Court, and that Notice was duly published, and that no claimant of the Vessel having appeared, this Court, upon application of the Plaintiff, for good cause shown, ordered the United States Marshal for the District of Rhode Island to sell the Vessel at public auction, and this Court having duly considered the matter and being fully advised in the premises, and it appearing that the Defendant Vessel was sold as provided in the Interlocutory Decree dated January 22, 2009 to Rockland Trust Company for Two Hundred Sixty Three Dollars ($263,000.00) for the F/V Isabella Rose, the highest and best bid made, and this Court being satisfied in all respects that the sale was conducted fairly, reasonably, regularly and without fraud, pursuant to the United States Marshal's Report of Sale, it is hereby:

**ORDERED**: the interlocutory sale of the Defendant Vessel, Isabella Rose, O.N. 519505, her masts, boilers, engines, tackle, apparel, all state and federal permits (including, but not limited to, Federal Fisheries Permit No. 320127), fishing histories, quotas, allocations and other appurtenances thereto (the "Vessel"), to Rockland Trust Company, is hereby approved and confirmed in all respects. Rockland Trust Company purchased the Vessel by bidding the $300,000.00 Promissory Note of Isabella Rose, Inc. dated March 11, 2005, and deposited the same with the United States Marshal for the District of Rhode Island in lieu of cash.

**IT IS FURTHER ORDERED**, that the United States Marshal for the District of Massachusetts is herewith instructed to prepare and deliver to Rockland Trust Company, its attorney or other nominee designated in writing, a Bill of Sale (Department of Transportation Form CG 1356, as revised) conveying title to the Vessel to the buyer free and clear of any and all liens and encumbrances.

**IT IS FURTHER ORDERED**, that upon accomplishment of the foregoing, the Vessel be delivered forthwith by the Marshal to Rockland Trust Company.

Dated at Providence, Rhode Island, this 27th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

ROCKLAND TRUST COMPANY

By its Attorneys,

/s/ Seth M. Bonneau
Seth M. Bonneau (MA BBO # 661597)
Halloran, Lukoff & Smith, P.C.
432 County Street
New Bedford, MA  02740
(508) 999-1332
(508) 990-7235 (facsimile)
sbonneau@hlspc.com


/s/ Raymond C. Pelote
Raymond C. Pelote (RI BBO # 6665)
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA  02767
(508) 823-4567
(508) 822-4097 (facsimile)
rpelote@wynnandwynn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed, postage pre-paid, this 27th day of February, 2009, the following:

Rhode Island Engine Co, Inc.
P.O. Box 543
Narragansett, RI 02882

Roderick A.J. Cavanagh, Esq.
as attorney for Galilee Fuel Services, Inc.
148 Main Street
Wakefield, RI 02879

Peter J. Furness, Esq.
as attorney for the Defendants
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920